MORRIS BORTECK, INC., Appellant, v. JACK NATHANSON et al., Respondents.—

Christ, P. J., Rabin, Hopkins, Brennan and Benjamin, JJ., concur.

JOSEPH BUONIELLO, Respondent, v. TUDOR JEWELERS, INC., et al., Appellants.—

Christ, P. J., Rabin, Munder, Latham and Benjamin, JJ., concur.